# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
JUN 09 2005
CLERK, US DIST. COURT
ST. PAUL, MN

No. 04-2969

United States of America, *
*
Appellee, *
*
vs. * Appeal from the United States
* District Court for the
* District of Minnesota
Roger Lynn Carlson, *
*
Appellant. *

CR 02-236 DSD/SRN

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

April 28, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
JUN 09 2005
U.S. DISTRICT COURT ST. PAUL