UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-236 (DSD/SRN)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROGER LYNN CARLSON,

Defendant.

ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C § 4285

The Court having held Roger Lynn Carlson to answer the United States District Court for the District of Minnesota at Minneapolis, Minnesota and finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the defendant Roger Lynn Carlson appear before The Honorable Janie S. Mayeron, United States Magistrate Judge in the above-referenced court in Minneapolis, Minnesota on not later than June 13, 2006 at 1:30 p.m.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation from San Diego, California to Minneapolis, Minnesota to appear before the Court, transportation to return home to San Diego, California after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

Dated: June 8, 2006

s/ Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge