UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-236 (DSD/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REQUEST FOR TRAVEL |
| | ) | AUTHORIZATION |
| ROGER CARLSON, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the defendant, through his attorney, and hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Mr. Carlson was serving a term of supervised release under courtesy supervision in San Diego, California. He was ordered to appear in the district of Minnesota for further proceedings. He received a travel order to bring him to his initial appearance on Tuesday, June 13, 2006 before the Honorable Magistrate Judge Janie S. Mayeron, and he made that appearance. However, after this appearance in Minnesota, he is required to meet with his probation officer in San Diego, California on June 15, 2006, after his court appearance. He is without funds to accomplish that travel and requests the Court to authorize the Marshal to expend such funds.

Dated: June 13, 2006

Respectfully submitted,

*s/ Virginia G. Villa*

___________________________

VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415