**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-236(1) (DSD) |
| | ) | Date: 6/13/06 |
| ROGER LYNN CARLSON, | ) | Court Reporter: N/A |
| | ) | Tape Number: 1-447/561 |
| Defendant. | ) | Time Commenced: 2:05 p.m. |
| | ) | Time Concluded: 2:10 p.m. |
| | ) | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Tim Rank, Assistant U.S. Attorney
Defendant: Virginia Villa, Assistant Federal Public Defender

☐ Retained ☒ To Be Appointed

Interpreter / Language: NA

Date Charges Filed: 5/30/06 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Defendant released on current supervisory conditions.

☒ Final Revocation Hearing is scheduled with District Judge David S. Doty on 6/26/06 at 10:30 a.m. in Minneapolis Courtroom 14W.

Additional Information:

Defendant moved for an Order for Appearance of Defendant and for transportation expenses pursuant to 18 U.S.C. § 4285. Government did not object. Granted-separate order signed.

s/Katie Haagenson
Judicial Assistant