UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-236 (DSD/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C § 4285 |
| v. | |
| ROGER CARLSON, Defendant. | |

The Court having held Roger Carlson to answer the United States District Court for the District of Minnesota at Minneapolis. He shall thereafter report to the United States District Court for the Southern District of California and upon arrival shall meet with Probation in San Diego, and finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before Probation,

IT IS ORDERED that the defendant appear in the Southern District of California on June 15, 2006.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation to appear before the Pretrial Services, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

Dated: June 13, 2006

s/ Janie S. Mayeron
Honorable Janie S. Mayeron
United States Magistrate Judge