# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ROGER LYNN CARLSON,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-236 DSD

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that VIRGINIA G. VILLA shall appear as appointed counsel of record for the above named defendant in this case.

Dated: June 13, 2006

*s/ Virginia G. Villa*

VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415