AO 83 (Rev. 12/85) Summons In A Criminal Case

REDACTED

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 02-236 (1) DSD

Roger Lynn Carlson

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **6/13/06 at 1:30 p.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson
Jackie Ellingson, Deputy Clerk

Dated: May 30, 2006

RECEIVED
US MARSHALS SERVICE
MPLS MN

SCANNED
JUN 13 2006
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me:[1] Steve Stafford Date: 5/31/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at:

San Diego, CA

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.

Name of person with whom the summons was left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5-31-06 Steve Stafford
Date Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: 1st endeavor 5-31-06 @ 09:45
2nd endeavor 5-31-06 @ 15:15 - Successful

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure