UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-236 (DSD/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REQUEST FOR TRAVEL |
| | ) | AUTHORIZATION |
| ROGER LYNN CARLSON, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the defendant, Roger Lynn Carlson, through his attorney, Virginia G. Villa, and hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Mr. Carlson has been serving a term of supervised release under courtesy supervision in San Diego, California. He has been ordered to appear in the District of Minnesota at Minneapolis, Minnesota, on June 26, 2006, for a final revocation hearing regarding alleged violations of his supervised release. He is without funds to accomplish that travel and requests the Court to authorize the Marshal to expend such funds.

Dated: June 20, 2006

Respectfully submitted,

s Virginia G. Villa
____________________________

Virginia G. Villa
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415