UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-236 (DSD/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LYNN CARLSON,<br><br>Defendant. | ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C § 4285 |

The Court having held Roger Lynn Carlson to answer the United States District Court for the District of Minnesota at Minneapolis, Minnesota, and finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the defendant Roger Lynn Carlson appear before the Honorable David S. Doty, United States District Judge, in the above-referenced court in Minneapolis, Minnesota, not later than June 26, 2006, at 10:30 a.m.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation from San Diego, California, to Minneapolis, Minnesota, to appear before the Court, transportation to return home to San Diego, California, after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

Dated: June 21, 2006

_s/ Arthur J. Boylan___________
Honorable Arthur J. Boylan
United States Magistrate Judge