**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# MODIFICATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Roger Lynn Carlson,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: David S. Doty<br>U.S. District Judge<br><br>Case No: 02-236(1)(DSD/SRN)<br>Date: June 26, 2006<br>Court Reporter: Lorilee Fink<br>Time Commenced: 10:30 a.m.<br>Time Concluded: 10:50 a.m.<br>Time in Court: 20 Minutes |

## APPEARANCES:

Plaintiff: Francis J. Magill, Jr., Assistant U.S. Attorney
Defendant: Virginia G. Villa : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - continued.**
: Defendant admits allegations, in part..

## ORDERED:

: Defendant released on same terms and conditions of supervised release (with modification as follows).
: Defendant term of supervised release is modified as follows: deft to pay remaining $505.00 restitution within 90 days.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk