UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-236(1)(DSD/SRN)

United States of America,

Plaintiff,

v.

Roger Lynn Carlson,

Defendant.

**ORDER CONTINUING FINAL DISPOSITION OF SUPERVISED RELEASE VIOLATION**

This matter came on for hearing on June 26, 2006, upon the petition on supervised release. The defendant appeared with his counsel and, after being advised of his rights, admitted the charged violation. Therefore, it is adjudged that defendant has violated the condition of his supervised release by failing to make restitution payments. Accordingly, **IT IS HEREBY ORDERED** that:

> The final disposition of the violation be continued for a period of 90 days. The defendant pay a lump sum restitution payment of $505 before the expiration of that 90-day period. If the defendant does not pay the restitution, he shall return to the District of Minnesota for the final disposition and may be subject to the 4-month prison term.

Dated: June 26, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court