UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-236 (DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LYNN CARLSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MEMORANDUM RE: ORDER CONTINUING FINAL DISPOSITION OF SUPERVISED RELEASE VIOLATION |

Defendant, by and through his undersigned attorney, submits this memorandum, with attachment, in regard to the Court's prior order continuing the final disposition of the alleged supervised release violation.

Pursuant to the Court's order, Mr. Carlson was due to pay the sum of $505 before the expiration of 90 days. Mr. Carlson has, as of the date of this memorandum, paid that sum to the Clerk of Court by way of a personal check. The receipt for that payment is attached to this memorandum. Should any other issue regarding this payment arise before the 90-day period expires, Mr. Carlson requests the Court to please notify his counsel immediately.

Dated: June 30, 2006

Respectfully submitted,

s/ Virginia G. Villa

VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415