Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641005026
Cashier ID: dbell
Transaction Date: 06/30/2006
Payer Name: ROGER CARLSON

---

CRIMINAL DEBT
For: ROGER CARLSON
Case/Party: D-MNX-0-02-CR-000236-001
Amount: $505.00

---

CHECK
Check/Money Order Num: 2028
Amt Tendered: $505.00

---

Total Due: $505.00
Total Tendered: $505.00
Change Amt: $0.00