UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-236 (DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROGER LYNN CARLSON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court, having previously continued this matter pending payment of the lump-sum of $505 by the defendant toward restitution, and having been notified that such payment has been made, hereby dismisses the petition for revocation of supervision and terminates defendant's term of supervised release.

Dated: August 1, 2006

s/David S. Doty
DAVID S. DOTY
United States District Judge